**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1732-WJM-NYW

JEFFREY R. EVANS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

---

**RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS**

---

This matter is before the Court on the parties' deposition designations and objections thereto. The objections to the following portions of the deposition designations are SUSTAINED:

| Page Number | Lines |
|---|---|
| William Van Trump | |
| 39 | 1–25 |
| 40 | 3–12 |
| 41 | 16–25 |
| 42 | 1–9 |
| 57 | 24–25 |
| 58 | 1–7 |

The portions of the above-designated deposition testimony to which the Court has sustained the objection should be redacted from the parties' presentations. Additionally, the parties are free to eliminate any other designations, or portions of designations, that are no longer relevant and material to the issues to be tried, given the

Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.

Any other objections to the testimony of the above-referenced deponent are OVERRULED. Additionally, all objections to the deposition designations for William M. Hartwick are OVERRULED.

Dated this 7th day of May, 2015.

BY THE COURT:

William J. Martinez
United States District Judge